```
        IN THE UNITED STATES DISTRICT COURT OF THE
            SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

EDWARD HAYES & SHANTELL HAYES                              PLAINTIFFS

VS.                                    CAUSE NO.: 5:24-cv-46-DCB-ASH

DEER VALLEY HOMEBUILDERS, McCOMB HOME
CENTER, REGIONAL ENTERPRISES, LLC                          DEFENDANTS
JOHN DOES (1-100)

                              ORDER

In a case in which jurisdiction is based on diversity, such as this one, every party must file a disclosure statement in accordance with Federal Rule of Civil Procedure 7.1(a)(2) at the time specified in Federal Rule of Civil Procedure 7.1(b). The disclosure statement:

> must name—and identify the citizenship of—
> every individual or entity whose citizenship
> is attributed to that party or intervenor:
>
>   (A) when the action is filed or removed to federal
>       court, and
>
>   (B) when any later event occurs that
>       could affect the court's jurisdiction
>       under § 1332(a).

Fed. R. Civ. P. 7.1(a)(2). "[A]llegations regarding the citizenship of a corporation must set out the principal place of business of the corporation as well as the state of its incorporation." Neeley v. Banker Tr. Co. of Tex., 757 F.2d 621, 634 n.18 (5th Cir. 1985)(citation omitted). The citizenship of a limited liability company is determined by the citizenship of

1

all its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).  In its Rule 7.1 disclosure statement, "a party 'must specifically allege the citizenship of every member of every LLC.'" MidCap Media Fin., L.L.C. v. Pathway Data, Inc., 929 F.3d 310, 314 (5th Cir. 2019) (quoting Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017)).

To date, no party to this action has filed a Rule 7.1 disclosure statement.  All parties who have made an appearance in this action are therefore directed to file compliant Rule 7.1 disclosure statements no later than ten (10) days from the date of this Order.

**SO ORDERED AND ADJUDGED** this the 19th day of September 2024.

                                               /s/   David Bramlette
                                   UNITED STATES DISTRICT JUDGE